No. 175, Misc. MULLEN v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 176, Misc. LEVY v. EVANS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Oscar H. Davis*, then Acting Solicitor General, for respondents.

No. 177, Misc. LARSEN v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 179, Misc. BAUMGART v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 180, Misc. PISCITELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 19, Misc. GREEN v. TEETS, WARDEN. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Elizabeth Cassidy* for petitioner.

No. 68, Misc. CHAPIN v. MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied. *Samuel P. Sears* for petitioner. *George Fingold*, Attorney General of Massachusetts, for respondent.

No. 33, Misc. BOISVERT v. MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied. *John A. McNiff* for petitioner.